

**IT IS ORDERED as set forth below:**

**Date: December 19, 2022**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re WAYNE D. REID, II | § | |
| | § | **Case No. 22-58271-JRS** |
| Debtor. | § | **Chapter 13** |
| | § | |

### ORDER GRANTING MOTION FOR EXAMINATION OF
### EMILY REID f/k/a EMILY WALLACH PURSUANT TO FED. R. BANKR. P. 2004

The motion of Creditor, Ginger Judge f/k/a Ginger Reid,   ("Movant") for an Order

authorizing the examination of  Emily Reid f/k/a Emily Wallach ("Debtor's Wife") pursuant to

Federal Rule of Bankruptcy Procedure 2004 ("Rule 2004") [Doc. No. 18]  (the "Motion") having

been read and considered,    and after carefully reviewing the Motion and such other matters in

the file as the Court deemed appropriate,  it is hereby

**ORDERED** that the motion is **GRANTED,** and Movant may conduct the examination of

Debtor's Wife in accordance with Rule 2004.  It is

**FURTHER ORDERED** that Debtor's Wife shall appear for examination by Movant at a mutually agreed upon time and place, prior to the hearing on confirmation.  It is

**FURTHER ORDERED** that, subject to timely objection, Debtor's Wife, in an orderly fashion, shall produce on or before on or before December 27, 2022 at 11:30 a.m. the documents requested in Movant's motion at the location listed, or at a mutually agreed upon time and place. It is

**FURTHER ORDERED** that if attendance and production of the documents cannot be obtained voluntarily, Movant may compel attendance and production of the documents as provided in Rule 2004.

[END OF DOCUMENT]

Prepared and Presented by:

STEINFELD & STEINFELD, P.C.
*/s/ Shayna M. Steinfeld*
Shayna M.  Steinfeld, State Bar No.  622895
11B Lenox Pointe, NE, Atlanta, GA 30324
Tel: (404)636-7786, Fax: (404)636-5486
shayna@steinfeldlaw.com
Attorneys for Ginger Judge f/k/a Ginger Reid

DISTRIBUTION LIST

Shayna M.  Steinfeld, Esq.
Steinfeld & Steinfeld, PC
11B Lenox Pointe, NE
Atlanta, GA 30324

Mr. Wayne D. Reid
60 11th Street, NE Apt. 1518
Atlanta, GA 30309

Elizabeth Childers, Esq.
Attorney, Rountree Leitman Klein & Geer, LLC
Century Plaza I
2987 Clairmont Rd., Ste. 350
Atlanta, Georgia 30329

Eric Roach, Esq.
Nancy J. Whaley, Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Ave
Atlanta, GA 30303

Mrs. Emily Reid
320 Central Avenue, Unit #123
Sarasota, FL 34236-4976